ROCKFORD INSURANCE COMPANY v. MAXWELL, SHARP
& ROSS COMPANY.

FILED NOVEMBER 21, 1893.    No. 5990.

ERROR from the district court of Madison county.  Tried
below before POWERS, J.

*John R. Hays,* for plaintiff in error.

*Mapes & Licey* and *H. C. Brome, contra.*

NORVAL, J.

This case presents the same questions as in the case of
*Omaha Fire Ins. Co. v. Maxwell, Sharp & Ross Co.,* 38
Neb., 358, decided herewith.    For the reasons stated in the
opinion filed in that case, the motion to dismiss the proceed-
ing in error is overruled and the judgment of the district
court is

AFFIRMED.